# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 13-CR-10017-JLT
                                  )
220 Pearl Street, Apt. #2         )
Somerville, MA                    )
                                  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ___Massachusetts___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:
See affidavit of ~~FBI Special Agent Matthew Knight~~ Martin O'Malley

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

~~Special Agent Matthew Knight~~ Martin O'Malley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JAN 1 6 2013

_____
*Judge's signature*

City and state: Boston, MA       United States Magistrate Judge Robert B. Collings
                                 *Printed name and title*

**SCHEDULE A:**

(d)     **220 Pearl Street, Apartment #2, Somerville, MA, 02145**

**220 Pearl Street, Somerville** is described as a three-story structure, which has a brick exterior on the first floor, with gray siding on floors two (2) and three (3). There are two windows located in the front of floor number one (1). There is a driveway to the left of the building if you were looking at the building from the sidewalk in front of the residence. The front door is located at the top a flight of exterior stairs on the left-hand side of the landing. This doorway gives access to a common hallway on the interior of the building. Once inside, **Apartment #2** is located on the second floor of the building and is the only apartment on that floor. Access to **Apartment #2** is gained by walking up one flight of stairs and turning to your right. The door is white in color with a semi-circle window on the top of it.

Throughout the investigation HIDALGO intercepted electronic communications and surveillance show that HIDALGO stores money at **220 Pearl Street, Apartment #2, Somerville, Massachusetts**.

**SCHEDULE B:**
**220 PEARL STREET, Apartment #2, Somerville, MA**

1. Marijuana, cocaine, cocaine base, and/or oxycodone, baggies, scales, books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of controlled substances and/or records relating to the receipt, disposition, and/or laundering of proceeds from the distribution of controlled substances, and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, receipts, state and federal income tax returns and supporting paperwork, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, hotel receipts, meal receipts, travel agency vouchers, travel schedules, shipment records, telephone bills and/or toll records and bills.

2. Cash and currency, and other items of value made or derived from trafficking in illegal substances or documents related thereto. Such items include, but are not limited to jewelry, precious metals, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or any other papers concerning financial transactions relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.

3. Documents reflecting dominion and/or control of **220 PEARL STREET, Apartment #2, Somerville, MA**, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.

4. Documents or tangible evidence reflecting dominion, ownership, and/or control by Alexis HIDALGO over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

5. Photographs of individuals, property, and/or illegal controlled substances relevant to the drug conspiracy and/or drug distribution charges.