AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13-CR-10017-JLT
220 Pearl Street, Apt. #2 )
Somerville, MA )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Massachusetts____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____January 31, 2013____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robert B. Collings                                                                                                    .
                                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                               ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: JAN 1 6 2013 at 5:50 pm    _____
                                                                            *Judge's signature*

City and state: Boston, MA   HON. ROBERT B. COLLINGS
                             UNITED STATES MAGISTRATE JUDGE
                             United States District Court     United States Magistrate Judge Robert B. Collings
                             John Joseph Moakley United States Courthouse         *Printed name and title*
                             1 Courthouse Way, Suite 7420
                             Boston, Massachusetts 02210

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

**SCHEDULE A:**

(d)     **220 Pearl Street, Apartment #2, Somerville, MA, 02145**

**220 Pearl Street, Somerville** is described as a three-story structure, which has a brick exterior on the first floor, with gray siding on floors two (2) and three (3). There are two windows located in the front of floor number one (1). There is a driveway to the left of the building if you were looking at the building from the sidewalk in front of the residence. The front door is located at the top a flight of exterior stairs on the left-hand side of the landing. This doorway gives access to a common hallway on the interior of the building. Once inside, **Apartment #2** is located on the second floor of the building and is the only apartment on that floor. Access to **Apartment #2** is gained by walking up one flight of stairs and turning to your right. The door is white in color with a semi-circle window on the top of it.

Throughout the investigation HIDALGO intercepted electronic communications and surveillance show that HIDALGO stores money at **220 Pearl Street, Apartment #2, Somerville, Massachusetts**.



**SCHEDULE B:**
**220 PEARL STREET, Apartment #2, Somerville, MA**

1. Marijuana, cocaine, cocaine base, and/or oxycodone, baggies, scales, books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of controlled substances and/or records relating to the receipt, disposition, and/or laundering of proceeds from the distribution of controlled substances, and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, receipts, state and federal income tax returns and supporting paperwork, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, hotel receipts, meal receipts, travel agency vouchers, travel schedules, shipment records, telephone bills and/or toll records and bills.

2. Cash and currency, and other items of value made or derived from trafficking in illegal substances or documents related thereto. Such items include, but are not limited to jewelry, precious metals, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or any other papers concerning financial transactions relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.

3. Documents reflecting dominion and/or control of **220 PEARL STREET, Apartment #2, Somerville, MA**, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.

4. Documents or tangible evidence reflecting dominion, ownership, and/or control by Alexis HIDALGO over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

5. Photographs of individuals, property, and/or illegal controlled substances relevant to the drug conspiracy and/or drug distribution charges.