# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v,                                    CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(6) JEREMIA BARBOSA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(9) MICHAEL BEAL, ETC.,
(10) JOSHUA BRANDAO,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(14) LINO CORREIA,. ETC.,
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,
(28) CARL TAYLOR, ETC.,

(29) O'NEIL TAYLOR, ETC.,
(30) JOHN WEBBE, ETC.,
      Defendants.

# ORDER

February 19, 2013

COLLINGS, U.S.M.J.

The parties are to complete all automatic disclosures pursuant to the Local Rules *on or before the close of business on Friday, March 29, 2013*.

Counsel are to report for an Initial Status Conference on *Tuesday, April 16, 2013 at 2:30 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge