UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                    ) | Criminal No. 13-10017-JLT |
| ) | |
| ALEXIS HIDALGO, *et al*,      ) | |
| Defendants.              ) | |

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On January 16, 2013, a federal grand jury sitting in the District of Massachusetts returned a ten-count Indictment charging thirty defendants with Conspiracy to Distribute Cocaine Base, Cocaine, Oxycodone and Marijuana, in violation of 21 U.S.C. § 846 (Count One); Distribution of Marijuana, Cocaine Base, and Oxycodone, in violation of 21 U.S.C. § 841(a)(1) (Counts Two through Nine); Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count Ten); and Aiding and Abetting, in violation of 18 U.S.C. § 2.

The Indictment also contained two Forfeiture Allegations. The first forfeiture allegation (the Drug Forfeiture Allegation) gave the defendants notice that the United States sought forfeiture, pursuant to 21 U.S.C. § 853, upon conviction of one or more of the offenses alleged in Counts One through Nine of the Indictment, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to the following:

   a.   $18,800 in United States currency seized on or about August 24, 2012 from Jonathan DaSilva in Boston, Massachusetts.

The second forfeiture allegation (the Gun Forfeiture Allegation) gave the defendants notice that the United States sought forfeiture pursuant to 18 U.S.C. § 924(c) and 28 U.S.C. § 2461(c), upon conviction of the offense alleged in Count Ten of the Indictment, of all firearms and ammunition involved in such violation, including but not limited to the following:

a. a Ruger P89 semiautomatic handgun bearing serial number 314-79400 and containing 10 rounds of 9 millimeter ammunition.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation, the following additional specific properties pursuant to 21 U.S.C. § 853:

a. $1,530 in United States currency seized on or about January 17, 2013 from Morris Robinson in Weymouth, Massachusetts;

b. $1,292 in United States currency seized on or about January 17, 2013 from John Webbe in Boston, Massachusetts;

c. $58 in United States currency seized on or about January 17, 2013 from Jerry Correia in Mattapan, Massachusetts;

d. $602 in United States currency seized on or about January 17, 2013 from Moises Figueroa in Wellesley Hills, Massachusetts.

    Respectfully submitted,

    CARMEN M. ORTIZ,
    United States Attorney,

By:   /s/ Mary B. Murrane
    JOHN WORTMANN
    EMILY CUMMINGS
    MARY B. MURRANE
    Assistant United States Attorneys
    U.S. Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, MA 02210

Dated: April 2, 2013     (617) 748-3100

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                 /s/ Mary B. Murrane
                 MARY B. MURRANE
Dated: April 2, 2013         Assistant U.S. Attorney