# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATE OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 13-10017-JLT |
| ALEXIS HIDALGO, *et al,* | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO MODIFY DISCOVERY ORDER

Defendants hereby move through undersigned counsel to modify the discovery schedule set forth at the April 26, 2013 Initial Status Conference in the above-captioned case. During that Status Conference, the government represented that automatic discovery was ongoing and anticipated that it would be completed by close of business on June 14, 2013. Based on that representation, the Court set July 10, 2013 as the deadline by which defense counsel must submit requests for additional discovery pursuant to Local Rule 116.3. However, the government's automatic discovery remains ongoing. Moreover, following the Status Conference, Emma M. Greenwood was appointed Coordinating Discovery Attorney for the defendants. As such, the government is making its discovery productions to Ms. Greenwood first, who organizes those materials and distributes them in turn to the individual defendants.

On July 8, 2013, Ms. Greenwood informed defense counsel, including the undersigned, that she received an additional discovery production from the government on July 5, 2013. Undersigned counsel has not yet received that production, and therefore has not had an opportunity to review it.

Based on the foregoing, Defendants request that the Court extend the deadline for requests for additional discovery to thirty (30) days following the date on which Ms. Greenwood produces to Defendants those materials that the government represents to mark the completion of its automatic discovery in the above-captioned case.

Dated: July 9, 2013

Respectfully Submitted,
By:

JOHN ALVES                                              PATRICK GOMES
By his Attorney,                                        By his Attorney,


/s/ Emily R. Schulman                                   /s/  George F. Gormley
Emily R. Schulman (BBO # 566374)                        George F. Gormley
WILMER CUTLER PICKERING                                 GEORGE F. GORMLEY, P.C.
HALE AND DORR LLP                                       755 East Broadway
60 State Street                                         3rd Floor
Boston, MA 02109                                        South Boston, MA 02127
Tel: (617) 526-6000                                     617-268-2999
Fax: (617) 526-5000                                     617-268-2911 (fax)
Emily.Schulman@wilmerhale.com                           gfgormley@aol.com



JERRY CORREIA                                           MICHAEL BEAL
By his Attorney,                                        By his Attorney,

/s/ Debra A. DelVecchio                                 /s/ Michele Adelman
Debra A. DelVecchio                                     Michele L. Adelman
DelVecchio & Houseman                                   Foley Hoag LLP
The Perry Building                                      155 Seaport Boulevard
15 Front Street                                         Seaport World Trade Center West
Salem, MA 01970                                         Boston, MA 02210
978-740-5999                                            617-832-1278
Fax: 978-740-9434                                       Email: madelman@foleyhoag.com
Email: dadelvecchio@verizon.net

DULSILINA TAVARES
By her Attorney,

/s/ James J. Cipoletta
Citizens Bank Building, Suite 307
385 Broadway
Revere, MA 02151
781-289-7777
Fax: 781-289-9468
Email: jcipoletta@comcast.net


JEREMIA BARBOSA
By his Attorney,

/s/ Leslie Feldman-Rumpler
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Email: lfeldmanr@aol.com


NICHOLAS OTEY
By his Attorney,

/s/ Jane F. Peachy
Jane F. Peachy
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Email: jane_peachy@fd.org


ILTON CORREIA
By his Attorney,

/s/ Mark W. Shea
Mark W. Shea
Shea & LaRocque
Suite 201
47 Third Street
Cambridge, MA 02141-1265
617-577-8722
Fax: 617-577-7897
Email: markwshea@gmail.com


MORRIS ROBINSON
By his Attorney,

/s/ Stephen J. Weymouth
Stephen J. Weymouth
Law Office of Stephen J. Weymouth
Suite 3
65a Atlantic Ave
Boston, MA 02110
617-573-9598
Fax: 617-367-1407
Email: SWeymouth@SWeymouthLaw.com


ALEXANDER DASILVA
By his Attorney,

/s/ Carlos Jorge Dominguez
Carlos Jorge Dominguez
343 Commercial Street
Boston, MA 02109
617-742-2824
Fax: 617-720-0707
Email: dmngzcarlos@aol.com

MAURICE BARNETT
By his Attorney,

/s/ Keith S. Halpern
Keith S. Halpern
572 Washington Street
Suite 19
Wellesley, MA 02482
617-722-9952
Email: ksh@keithhalpern.com

JOSHUA BRANDAO
By his Attorney,

/s/ David Duncan
David Duncan
Zalkind Duncan & Bernstein
65a Atlantic Ave
Boston, MA 02110
617-742-6040
Fax: 617-742-3269
Email: dduncan@zalkindlaw.com


HAMZA AWIL
By his Attorney,

/s/ Thomas J. Iovieno
Thomas J. Iovieno
755 East Broadway
3rd Floor
South Boston, MA 02127
617-464-3300
Fax: 617-464-3302
Email: tjilaw@yahoo.com

HAMILTON LOPES
By his Attorney,

/s/ Michael F. Natola
Michael F. Natola
Natola Associates, LLC
175 Andover Street
Suite 205
Danvers, MA 01923
978-739-9300
Fax: 978-739-9301
Email: MNatola@NatolaAssociates.com


RUTH RIVERA-LOPES
By her Attorney,

/s/ Liam D. Scully
Liam D. Scully
101 Summer Street
Fourth Floor
Boston, MA 02110
781-834-4000
Fax: 617-439-0325
Email:  liamdscully@aol.com

JULIO COLLAZOS
By his Attorney,

/s/ Martin K. Leppo
Leppo & Leppo
7 Christy's Drive
Brockton, MA 02301
508-580-3733
Email: kim2leppo@aol.com

JACKSON BARROS
By his Attorney,

/s/ Peter C. Horstmann
Peter C. Horstmann
Law Offices of Partridge, Ankner &
Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
617-859-9999
Fax: 617-859-9998
Email: pete@horstmannlaw.com

BENJAMIN BAPTISTA
By his Attorney,

/s/ Janice Bassil
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566
Fax: 617-338-5587
Email: JBassil@CarneyBassil.com

VICTOR SCOTT
By his Attorney,

/s/ John G. Darrell
John G. Darrell
16 School Street,2nd Fl.
Dedham, MA 02026
781-407-9799
Fax: 781-407-9798
Email: attyjgd@verizon.net

MARTINHO RODRIGUES
By his Attorney,

/s/ Inga L. Parsons
Inga L. Parsons
Inga Parsons Attorney at Law
3 Besson Street, # 234
Marblehead, MA 01945
781-581-2262
Fax: 781-842-1430
Email: inga@ingaparsonslaw.com

LEAKANA OM
By her Attorney,

/s/ Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Fax: 603-437-6473
Email: garritylaw@myfairpoint.net

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Emily Schulman, hereby certify that I contacted the government about the proposed modification to the Court's discovery schedule before filing this motion, but have not yet ascertained the government's position on the motion.

/s/ Emily R. Schulman
Emily R. Schulman

## **CERTIFICATE OF SERVICE**

I, Emily Schulman, hereby certify that a true and accurate copy of this document was served via ECF on July 9, 2013 to all registered participants as identified on the Notice of Electronic Filing.

/s/ Emily R. Schulman
Emily R. Schulman