UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATE OF AMERICA ) <br> ) <br> v. ) <br> ) Criminal No. 13-10017-JLT <br> ALEXIS HIDALGO, *et al*, ) <br> Defendants. ) <br> ) | |

## AMENDED JOINT MOTION TO MODIFY DISCOVERY ORDER

Defendants hereby amend their Joint Motion to Modify Discovery Order [Document 535] to add Defendant Alexis Hidalgo, through his undersigned counsel, as Mr. Hidalgo was inadvertently left off of the original motion.

Defendants move to modify the discovery schedule set forth at the April 26, 2013 Initial Status Conference in the above-captioned case. During that Status Conference, the government represented that automatic discovery was ongoing and anticipated that it would be completed by close of business on June 14, 2013. Based on that representation, the Court set July 10, 2013 as the deadline by which defense counsel must submit requests for additional discovery pursuant to Local Rule 116.3. However, the government's automatic discovery remains ongoing. Moreover, following the Status Conference, Emma M. Greenwood was appointed Coordinating Discovery Attorney for the defendants. As such, the government is making its discovery productions to Ms. Greenwood first, who organizes those materials and distributes them in turn to the individual defendants.

On July 8, 2013, Ms. Greenwood informed defense counsel, including the undersigned, that she received an additional discovery production from the government on July 5, 2013.

Undersigned counsel has not yet received that production, and therefore has not had an opportunity to review it.

Based on the foregoing, Defendants request that the Court extend the deadline for requests for additional discovery to thirty (30) days following the date on which Ms. Greenwood produces to Defendants those materials that the government represents to mark the completion of its automatic discovery in the above-captioned case.

Dated: July 10, 2013

Respectfully Submitted,
By:

| | |
|---|---|
| JOHN ALVES<br>By his Attorney, | PATRICK GOMES<br>By his Attorney, |
| /s/ Alathea E. Porter<br>Emily R. Schulman (BBO # 566374)<br>Alathea E. Porter (BBO # 661100)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Emily.Schulman@wilmerhale.com<br>Alathea.Porter@wilmerhale.com | /s/ George F. Gormley<br>George F. Gormley<br>GEORGE F. GORMLEY, P.C.<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-268-2999<br>617-268-2911 (fax)<br>gfgormley@aol.com |
| JERRY CORREIA<br>By his Attorney, | MICHAEL BEAL<br>By his Attorney, |
| /s/ Debra A. DelVecchio<br>Debra A. DelVecchio<br>DelVecchio & Houseman<br>The Perry Building | /s/ Michele Adelman<br>Michele L. Adelman<br>Foley Hoag LLP<br>155 Seaport Boulevard |

15 Front Street
Salem, MA 01970
978-740-5999
Fax: 978-740-9434
Email: dadelvecchio@verizon.net

Seaport World Trade Center West
Boston, MA 02210
617-832-1278
Email: madelman@foleyhoag.com


DULSILINA TAVARES
By her Attorney,

/s/ James J. Cipoletta
Citizens Bank Building, Suite 307
385 Broadway
Revere, MA 02151
781-289-7777
Fax: 781-289-9468
Email: jcipoletta@comcast.net

JEREMIA BARBOSA
By his Attorney,

/s/ Leslie Feldman-Rumpler
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Email: lfeldmanr@aol.com


NICHOLAS OTEY
By his Attorney,

/s/ Jane F. Peachy
Jane F. Peachy
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Email: jane_peachy@fd.org

ILTON CORREIA
By his Attorney,

/s/ Mark W. Shea
Mark W. Shea
Shea & LaRocque
Suite 201
47 Third Street
Cambridge, MA 02141-1265
617-577-8722
Fax: 617-577-7897
Email: markwshea@gmail.com


MORRIS ROBINSON
By his Attorney,

/s/ Stephen J. Weymouth
Stephen J. Weymouth
Law Office of Stephen J. Weymouth
Suite 3
65a Atlantic Ave
Boston, MA 02110
617-573-9598

ALEXANDER DASILVA
By his Attorney,

/s/ Carlos Jorge Dominguez
Carlos Jorge Dominguez
343 Commercial Street
Boston, MA 02109
617-742-2824
Fax: 617-720-0707
Email: dmngzcarlos@aol.com

Fax: 617-367-1407
Email: SWeymouth@SWeymouthLaw.com


MAURICE BARNETT
By his Attorney,

/s/ Keith S. Halpern
Keith S. Halpern
572 Washington Street
Suite 19
Wellesley, MA 02482
617-722-9952
Email: ksh@keithhalpern.com

JOSHUA BRANDAO
By his Attorney,

/s/ David Duncan
David Duncan
Zalkind Duncan & Bernstein
65a Atlantic Ave
Boston, MA 02110
617-742-6040
Fax: 617-742-3269
Email: dduncan@zalkindlaw.com


HAMZA AWIL
By his Attorney,

/s/ Thomas J. Iovieno
Thomas J. Iovieno
755 East Broadway
3rd Floor
South Boston, MA 02127
617-464-3300
Fax: 617-464-3302
Email: tjilaw@yahoo.com

HAMILTON LOPES
By his Attorney,

/s/ Michael F. Natola
Michael F. Natola
Natola Associates, LLC
175 Andover Street
Suite 205
Danvers, MA 01923
978-739-9300
Fax: 978-739-9301
Email: MNatola@NatolaAssociates.com


RUTH RIVERA-LOPES
By her Attorney,

/s/ Liam D. Scully
Liam D. Scully
101 Summer Street
Fourth Floor
Boston, MA 02110
781-834-4000
Fax: 617-439-0325
Email: liamdscully@aol.com

JULIO COLLAZOS
By his Attorney,

/s/ Martin K. Leppo
Leppo & Leppo
7 Christy's Drive
Brockton, MA 02301
508-580-3733
Email: kim2leppo@aol.com

| | |
|---|---|
| JACKSON BARROS<br>By his Attorney, | BENJAMIN BAPTISTA<br>By his Attorney, |
| /s/ Peter C. Horstmann<br>Peter C. Horstmann<br>Law Offices of Partridge, Ankner & Horstmann, LLP<br>200 Berkeley Street, 16th Floor<br>Boston, MA 02116<br>617-859-9999<br>Fax: 617-859-9998<br>Email: pete@horstmannlaw.com | /s/ Janice Bassil<br>Carney & Bassil<br>20 Park Plaza, Suite 1405<br>Boston, MA 02116<br>617-338-5566<br>Fax: 617-338-5587<br>Email: JBassil@CarneyBassil.com |
| VICTOR SCOTT<br>By his Attorney, | MARTINHO RODRIGUES<br>By his Attorney, |
| /s/ John G. Darrell<br>John G. Darrell<br>16 School Street, 2nd Fl.<br>Dedham, MA 02026<br>781-407-9799<br>Fax: 781-407-9798<br>Email: attyjgd@verizon.net | /s/ Inga L. Parsons<br>Inga L. Parsons<br>Inga Parsons Attorney at Law<br>3 Besson Street, # 234<br>Marblehead, MA 01945<br>781-581-2262<br>Fax: 781-842-1430<br>Email: inga@ingaparsonslaw.com |
| LEAKANA OM<br>By her Attorney, | ALEXIS HIDALGO<br>By his Attorney, |
| /s/ Paul J. Garrity<br>Paul J. Garrity<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106<br>Fax: 603-437-6473<br>Email: garritylaw@myfairpoint.net | /s/ Robert L. Sheketoff<br>Robert L. Sheketoff<br>One McKinley Square<br>Boston, MA 02109<br>617-367-3449<br>Fax: 617-723-1710<br>Email: sheketoffr@aol.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Emily Schulman, hereby certify that I contacted the government about the proposed amendment and the proposed modification to the Court's discovery schedule before filing this motion, but have not yet ascertained the government's position on the motion.

                                                                           /s/ Emily R. Schulman  
                                                                          Emily R. Schulman

## CERTIFICATE OF SERVICE

    I, Alathea Porter, hereby certify that a true and accurate copy of this document was served via ECF on July 10, 2013 to all registered participants as identified on the Notice of Electronic Filing.

                                                                           /s/ Alathea Porter  
                                                                          Alathea E. Porter