# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(6) JEREMIA BARBOSA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(9) MICHAEL BEAL, ETC.,
(10) JOSHUA BRANDAO,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(14) LINO CORREIA,. ETC.,
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,

(28) CARL TAYLOR, ETC.,
(30) JOHN WEBBE, ETC.,
      Defendants.

# *ORDER*

COLLINGS, U.S.M.J.

The time within which the defendants may make requests to the Government for additional discovery pursuant to L.R. 116.3 is ENLARGED to the close of business on **November 8, 2013**.[1]  A deadline for serving non-discovery pre-trial motions shall be set at the Further Interim Status Conference noticed, *infra*.

Counsel are directed to report for a FURTHER INTERIM STATUS CONFERENCE on **Thursday, November 14, 2013 at 3:00 P.M.**

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 9, 2013.

---

[1] Any party may file an objection to the within Order within 14 days pursuant to Rule 59(a), Fed. R. Crim. P.