# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                 CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(6) JEREMIA BARBOSA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(9) MICHAEL BEAL, ETC.,
(10) JOSHUA BRANDAO,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(14) LINO CORREIA,. ETC.,
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,
(28) CARL TAYLOR, ETC.,

(30) JOHN WEBBE, ETC.,
   Defendants.

# SIXTH ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

  <u>January 31 - March 2, 2014</u> - Continuance granted. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that it is in the interests of justice in this particular case to provide counsel for the defendants 31 additional days to prepare and to file any non-discovery type pre-trial motions and that those interests outweigh the best interests of the public and the defendant in a speedy trial. Not granting this continuance would deny counsel for the defendant a reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, as of <u>March 2, 2014</u>, no (0) non-excludable days will have occurred leaving seventy (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

            /s/ *Robert B. Collings*
            ROBERT B. COLLINGS
January 22, 2014.     United States Magistrate Judge