# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                    CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,
(28) CARL TAYLOR, ETC.,
(30) JOHN WEBBE, ETC.,
        Defendants.

## *SEVENTH ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

<u>February 11, 2014</u> -    Conference held.

Thus, as of <u>March 2, 2014</u>, no (0) non-excludable days will have occurred leaving seventy (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*

ROBERT B. COLLINGS
February 11, 2014.        United States Magistrate Judge