# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | **Criminal No. 13-10017-JLT** |
| ) | |
| ) | |
| **ALEXIS HIDALGO, et al.,**     ) | |

## GOVERNMENT'S MOTION FOR A CONTINUANCE

The government, through undersigned counsel, hereby files this motion to continue the date by which the government has to respond to the Defendants' various motions to suppress, dismiss, and sever filed in connection with this case. By the government's count eight co-defendants have filed approximately sixteen substantive motions between February 7, 2014 and March 21, 2014, setting forth numerous grounds under which they believe the court should suppress certain evidence, sever certain counts, or all together dismiss the indictment in this case. No response date has been set by the court however; under the Local Rules the government's responses are due no later than April 3, 2014. While the government has attempted to meet the filing deadline set by the Local Rules given the number of motions filed and her current caseload she is requesting that the filing date be continued to Monday, June 16, 2014.

## CONCLUSION

Based on the foregoing, the government requests that the motion to continue be allowed.

                                  Respectfully submitted,

                                  CARMEN M. ORTIZ
                                UNITED STATES ATTORNEY

By:    /s/ Emily Cummings
        EMILY CUMMINGS
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3120

## CERTIFICATE OF SERVICE

    I, Emily Cummings, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by ECF.

                                /s/ Emily Cummings  3-27-14
                                EMILY CUMMINGS
                                Assistant U.S. Attorney