# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 13-10017-JLT |
| ) | |
| ) | |
| **ALEXIS HIDALGO, et al.,** ) | |

## GOVERNMENT'S SECOND MOTION FOR A CONTINUANCE

The government, through undersigned counsel, hereby files this second motion to continue the date by which the government has to respond to the Defendants' various motions to suppress, dismiss, and sever filed in connection with this case.  By the government's count eight co-defendants have filed approximately sixteen substantive motions between February 7, 2014 and March 21, 2014, setting forth numerous grounds under which they believe the court should suppress certain evidence, sever certain counts, or all together dismiss the indictment in this case.  Responses are currently due on May 19, 2014.  While the government has attempted to meet the filing deadline set by the court given the number of motions filed, as well as the recent filings of six motions for Rule 11 Hearings, continued plea negotiations in the remaining defendants' cases (to include with those who have filed motions to suppress), and her current caseload she is requesting that the filing date be continued to Monday, June 16, 2014, as originally requested in her first motion to continue filed on March 27, 2014.

## CONCLUSION

Based on the foregoing, the government requests that the motion to continue be allowed.

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY


By:   /s/ Emily Cummings
       EMILY CUMMINGS
       Assistant U.S. Attorney
       One Courthouse Way
       Boston, MA
       (617) 748-3120


## CERTIFICATE OF SERVICE

    I, Emily Cummings, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by ECF.

        /s/ Emily Cummings  5-19-14
        EMILY CUMMINGS
        Assistant U.S. Attorney