# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-10017-JLT** |
| | ) | |
| | ) | |
| **ALEXIS HIDALGO, et al.,** | ) | |

## GOVERNMENT'S MOTION TO EXCEED PAGE LIMIT
## AND FOR LEAVE TO FILE LATE

The government, through undersigned counsel, hereby files this motion to file its opposition to Defendants Motion to Suppress Title III Intercepts that exceeds the 20-page limitation set forth in Local Rule 7.1(B)(4). Because of the significance of these issues to this proceeding, the government respectfully suggests that leave to file the opposition to the defendants' motions to suppress the Title III Intercepts is in the interest of justice and should therefore be allowed.

In addition the government files this motion to continue the date by which the government has to respond to the Defendants' various motions to suppress and sever filed in connection with this case by one day, to June 17, 2014. The government further requests that it be granted leave to file a response to defendant J. DaSilva and Gomes' motions to dismiss by June 18, 2014.

## CONCLUSION

Based on the foregoing, the government requests that the motion to continue be allowed.

          Respectfully submitted,

          CARMEN M. ORTIZ
          UNITED STATES ATTORNEY

By:   /s/ Emily Cummings
       EMILY CUMMINGS
       Assistant U.S. Attorney
       One Courthouse Way
       Boston, MA
       (617) 748-3120

## CERTIFICATE OF SERVICE

    I, Emily Cummings, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by ECF.

          /s/ Emily Cummings  6-17-14
          EMILY CUMMINGS
          Assistant U.S. Attorney